IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| PANAMA CITY BEACH CONDOS LIMITED PARTNERSHIP, a Delaware Limited Partnership, | * * * * |  |
|---|---|---|
| Plaintiff, | * * |  |
| vs. | * * * | No. 3:07mc0002 SWW |
| AXIS SURPLUS INSURANCE CO., an Alabama Corporation, | * * * |  |
| Defendant. | * |  |

## ORDER

Before the Court is defendant's motion for the admission *pro hac vice* of Stephanie H. Luongo of the law firm of Powers, McNalis, Torres & Teebagy of West Palm Beach, Florida, to appear as counsel in this case. The motion, which is in compliance with Local Rule 83.5(d), is granted.

DATED this 11th day of April 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE